Channing J. Hartelius, Esq.
HARTELIUS LAW CENTER
104 2nd Street South, Suite 402
P.O. Box 1024
Great Falls, MT 59403
Telephone (406) 788-0035
Facsimile: (877) 729-1263
Email: channing@harteliuslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ONA BILLY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT P. DREYER, owner of and dba COLUMBUS CENTER, and JOHN DOES 1 - 5<br><br>Defendants. | CAUSE NO.: CV-24-77-GF-JTJ<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Ona Billy, and for her Complaint, alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff is and was at all times relevant a resident of Cascade County, Montana.

2. Plaintiff is informed and believes that Defendant Robert P. Dreyer is and was at all times relevant residing in Ketchum, Idaho.

3. Plaintiff is informed and believes that Defendant Robert P. Dreyer owns and is doing business as Defendant Columbus Center in Great Falls, Cascade County, Montana.

4. Defendants John Does 1 through 5, are unknown to Plaintiff, at this time, but may be liable for the damages to the Plaintiff. When the Plaintiff has

more information a motion to add parties will be made.

5. The Court has jurisdiction in the Defendant Robert P. Dreyer resides out of state but conducts business as Defendant Columbus Center in Cascade County Montana and the claim exceeds $75,000.00.

**NEGLIGENCE,**

6. Plaintiff realleges the allegations contained in paragraphs 1 through 4.

7. On or about March 9, 2023, Plaintiff Ona Billy was injured when she slipped on ice that had accumulated on the sloped driveway/walkway into the Columbus Center building entrance.

8. Defendant Columbus Center was notified of the incident.

9. Defendant Robert P. Dreyer was notified by certified mail.

10. Plaintiff Ona Billy was an invited guest on the Columbus Center property.

11. Defendants Robert P. Dreyer and Defendant Columbus Center were negligent and negligent per se in leaving accumulated ice buildup on the sloped driveway/walkway into the building entrance.

11. Defendants Robert P. Dreyer and Defendant Columbus Center were negligent and negligent per se in not properly maintaining the driveway/walkway into the building entrance by allowing ice accumulation.

12. Defendants Robert P. Dreyer and Defendant Columbus Center were negligent and negligent per se in failing to maintain the property in a reasonably safe condition.

13. Plaintiff was injured as a result of the incident.

14. As a result of her injuries, Plaintiff Ona Billy has incurred medical bills, pain and suffering, emotional distress, has had her course of life altered, and has had her enjoyment of life diminished.

**Wherefore, Plaintiffs Pray:**

1. For an award for all general and special damages to be decided by a jury

as to Ona Billy;

2. For costs and attorney fees; and

3. For all other relief the Court deems appropriate.

**JURY DEMAND**

Plaintiff demands a trial by jury.

DATED this 29 day of August 2024.

Hartelius Law Center
By: Channing J. Hartelius, Esq.