IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ONA BILLY,<br><br>                Plaintiff,<br>  v.<br><br>DREYER BROTHERS, L.L.C., owner and operator of the Columbus Center, and JOHN DOES 1-5,<br><br>              Defendants. | Cause No. CV-24-77-GF-BMM<br><br>**ORDER GRANTING SUBSTITUTION OF DEFENDANT AND CORRECTION OF CAPTION** |

      Based upon the Motion of Defendant Robert P. Dreyer, there being no objection from Plaintiff Ona Billy, and good cause appearing,

      IT IS ORDERED that Dreyer Brothers, L.L.C. is hereby substituted as the correct Defendant for Robert P. Dreyer. The caption of the case is corrected as set forth above.

      DATED this 21st day of February 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Courts