# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ONA BILLY,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DREYER BROTHERS L.L.C. and<br>JOHN DOES 1-5,<br>　　　　　　Defendants, | CV-24-77-GF-BMM<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

    Defendant Dreyer Brothers L.L.C having moved, there being no objection from Plaintiff Ona Billy, and good cause appearing,

    IT IS ORDERED that the above-captioned case is dismissed with prejudice, as fully settled on the merits, each side to bear its own costs and fees.

    DATED this 28th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts